Jacob MOSKOVITCH, alias Jacob Mosko, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 10, 1923.) No. 6338. In Error to the District Court of the United States for the District of Colorado. A. R. Morrison, of Denver, Colo., for plaintiff in error. Granby Hillyer, U. S. Atty., of Lamar, Colo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

OKLAHOMA IRON WORKS et al. v. WIRE ROPE APPLIANCE CO. (Circuit Court of Appeals, Eighth Circuit. May 10, 1923.) No. 6359. Appeal from the District Court of the United States for the Eastern District of Oklahoma. Charles W. Hills, of Chicago, Ill., for appellants. Darwin S. Wolcott, of Pittsburgh, Pa., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellees. Motion of appellant for leave to file record denied.

---

Raymond OXFORD v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 10, 1923.) No. 4143. In Error to the District Court of the United States for the Northern District of Georgia; William I. Grubb, Judge. Aldine Chambers, of Atlanta, Ga. (Chambers, Dickey & Chambers, of Atlanta, Ga., on the brief), for plaintiff in error. C. P. Goree, Asst. U. S. Atty., of Atlanta, Ga. Before WALKER and BRYAN, Circuit Judges.

PER CURIAM. The judgment of the District Court is affirmed.

---

William PIERRO v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. August 31, 1923.) No. 6453. In Error to the District Court of the United States for the Western District of Oklahoma. George W. Carey, for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

John C. REAGAN et al. v. Donald DYRENFORTH et al. (Circuit Court of Appeals, Eighth Circuit. September 21, 1923.) No. 6367. Appeal from the District Court of the United States for the District of Colorado. Frank McLaughlin and Henry E. May, both of Denver, Colo., for appellants. S. D. Crump, K. V. Riley, Robert J. Pitkin, and William A. Moore, all of Denver, Colo., for appellees.

PER CURIAM. Cause transferred to Supreme Court of the United States under Act of Congress approved September 14, 1922 (42 Stat. 837, c. 305).

---

W. H. RHODER v. CHICAGO GREAT WESTERN R. CO. (Circuit Court of Appeals, Eighth Circuit. August 31, 1923.) No. 6390. In Error to the District Court of the United States for the Northern District of Iowa. F. A. O'Connor, of Dubuque, Iowa, and E. H. Estey, of West Union, Iowa, for plaintiff in error. F. P. Carr and C. V. Cox, both of Des Moines, Iowa, for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion and stipulation.